THOMPSON *v.* TRAVELERS INSURANCE
CO. ET AL.

No. 1230.   Decided May 19, 1969.

*T. Eugene Thompson,* appellant, *pro se.*

*Oscar C. Adamson II* and *J. Neil Morton* for appellees
Travelers Insurance Co. et al.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of jurisdiction.   Treating the papers
whereon the appeal was taken as a petition for a writ
of certiorari, certiorari is denied.

FRYAR *v.* OKLAHOMA ET AL.

No. 730, Misc.   Decided May 19, 1969.

*G. T. Blankenship,* Attorney General of Oklahoma, and
*H. L. McConnell,* Assistant Attorney General, for
appellees.

PER CURIAM.

The motion for leave to proceed *in forma pauperis*
and the petition for a writ of certiorari are granted.   The
judgment is vacated and the case is remanded to the
Court of Criminal Appeals of Oklahoma for further
consideration in light of *Smith* v. *Hooey,* 393 U. S. 374.